**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-1136**

———————

BASIL F. GRAHAM,

Plaintiff - Appellant,

versus

FREDERICK P. STAMP, JR., Honorable, Chief
Judge, United States District Court for the
Northern District of West Virginia,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Northern
District of West Virginia, at Wheeling. Irene M. Keeley, District
Judge. (CA-99-3-5)

———————

Submitted: March 11, 1999          Decided: March 18, 1999

———————

Before LUTTIG and WIDENER, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Basil F. Graham, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing his civil complaint as frivolous under 28 U.S.C.A. § 1915(e)(2)(B) (West Supp. 1998). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See Graham v. Stamp, No. CA-99-3-5 (N.D.W. Va. Jan. 12, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED